### 18188. LANDRUM *v.* THE STATE.

BROYLES, C. J. 1. The single special ground of the motion for a new trial (complaining of an excerpt from the charge of the court) shows no error.

2. Under all the facts of the case this court can not hold that there was no evidence authorizing the verdict; and, the finding of the jury having

Criminal Law, 17 C. J. p. 252, n. 16; p. 271, n. 41.

been approved by the trial judge, this court is without authority to interfere with the verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Larceny of automobile; from Fulton superior court—Judge Pomeroy. April 19, 1927.

Application for certiorari was made to the Supreme Court.

*Thomas G. Lewis, O. C. Hancock,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.